AO 442 (Rev. 11/11) Arrest Warrant

3:25mj65

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 01, 2025
Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:25-MJ-1120-1BM |
| LOGAN P. GREEN | ) |
| *Defendant* | ) |

RECEIVED SEP 29 2025 U.S. Marshals Service, EDNC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Logan P. Green,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

CALLED AND FAILED TO APPEAR BEFORE U.S. MAGISTRATE JUDGE BRIAN S. MEYERS IN ELIZABETH CITY, N.C. ON SEPTEMBER 8, 2025:

Count 1: Fishing in Violation of State Laws: Size Limits, in violation of 36 CFR § 2.3(a)
Count 2: Fishing in Violation of State Laws: No Licnese, in violation of 36CFR § 2.3(a)

PETER A. MOORE, JR., CLERK OF COURT

Date: 09/22/2025

*Issuing officer's signature*

City and state: ELIZABETH CITY, NC

DONNA RUDD, DEPUTY CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| ECC2 | 9630935 | M Seaman | 764 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 07/02/2025 0905
Offense Charged: 36 CFR 2.3(a)
Place of Offense: Ramp 44
Offense Description: Fishing in violation of state size limits 44-99-00

**DEFENDANT INFORMATION** Phone: (434) 960-2992
Last Name: Green
First Name: Logan
MI: P
Street Address: 37 South Bearwood DR
City: Palmyra   State: VA   Zip: 22963
Date of Birth: 05/31/2003
Driver's License No: T25704659   State: VA
Social Security No: 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
Sex: Male   Eyes: BR   Hair: BK   Height: 5'10   Weight: 165

**VEHICLE**
Tag No: UDN3046   State: VA   Year: 12   Make/Model: Chev PU   Color: BLK

APPEARANCE IS REQUIRED — Box A
2:25-mj-1120-1

APPEARANCE IS OPTIONAL — Box B
Forfeiture Amount: $125
+ $30 Processing Fee
Total Collateral Due: $155.00

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: NP25184480
Notice Served

X Defendant Signature

Original - CVB Copy
*9630935*

CVB SCAN 07/17/2025 12:8

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on July 2, 2025 while exercising my duties as a law enforcement officer in the Eastern District of VA

See attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/17/2025   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/17/2025 12:9

## STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on July 02, 2025 while exercising my duties as a law enforcement officer in the eastern District of North Carolina

At approximately 0905 hours, while on patrol within the boundary of Cape Hatteras National Seashore at the intersection of Dune Road and Ramp 44, I observed a man later identified as LOGAN P. GREEN of Palmyra, VA carrying a readily apparent oversize red drum fish to the tail gate of a black Chevy pick-up bearing VA UDN3046. The fish was transported a significant distance from where it was caught, and I visually estimated the fish to be approximately 36". When interviewed, GREEN stated that he caught the fish and that he was unaware of NC size limits. GREEN also could not produce a NC fishing license. The fish was digitally measured at 34 ½" using an iPhone in the field and remeasured with biological technicians at the ranger station using a tape indicating 34 5/8".

I issued GREEN a violation notice for 36 CFR 2.3(a) FISHING IN VIOLATION OF STATE LAWS - SIZE LIMITS

VIOLATION NOTICE: 9630935
CVB LOCATION CODE: EC62
CASE#: NP25184480
*In-car and/or body camera footage is available*

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/02/2025__  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| EL62 | 9630936 | M Seaman | 769 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 07/02/2025 0905
Offense Charged: 36 CFR 2.3(a)
Place of Offense: Ramp 44

Offense Description: Fishing in violation of state law - No license 44-99-00

**DEFENDANT INFORMATION** Phone: (434) 760-2972
Last Name: Green
First Name: Logan
M.I.: P
Street Address: 37 South Bearwood DR
City: Palmyra   State: VA   Zip: 22963
Date of Birth: 05/31/2003
Driver's License No: T25704659   D.L. State: VA
Social Security No: 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
Sex: Male
Eyes: BR   Hair: BL   Height: 5'10   Weight: 165

**VEHICLE**
Tag No: UDN3046   State: VA   Year: 12   Make/Model: Chev PU   Color: DK

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

2:25-mj-11202   $125.00   Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $155.00 Total Collateral Due

**YOUR COURT DATE**
Court Address: NP25184920
Date: Notice Served

Original - CVB Copy
*9630936*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on July 2, 2025 while exercising my duties as a law enforcement officer in the Eastern District of VA

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/17/2025
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 02, 2025 while exercising my duties as a law enforcement officer in the eastern District of North Carolina

At approximately 0905 hours, while on patrol within the boundary of Cape Hatteras National Seashore at the intersection of Dune Road and Ramp 44, I observed a man later identified as LOGAN P. GREEN of Palmyra, VA carrying a readily apparent oversize red drum fish to the tail gate of a black Chevy pick-up bearing VA UDN3046. The fish was transported a significant distance from where it was caught, and I visually estimated the fish to be approximately 36". When interviewed, GREEN stated that he caught the fish and that he was unaware of NC size limits. GREEN also could not produce a NC fishing license. The fish was digitally measured at 34 ½" using an iPhone in the field and remeasured with biological technicians at the ranger station using a tape indicating 34 5/8".

I issued GREEN a violation notice for 36 CFR 2.3(a) FISHING IN VIOLATION OF STATE LAWS - NO NORTH CAROLINA FISHING LICENSE

VIOLATION NOTICE: 9630936
CVB LOCATION CODE: EC62
CASE#: NP25184480
*In-car and/or body camera footage is available*

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/02/2025__    _____
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge